IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:12-MJ-1065-BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUSTIN A. RICHIE | ) | |

The supervising probation office reports that defendant has complied with the conditions of probation and recommends discharge from probation under 18 U.S.C. § 3607(a). It is therefore ORDERED that defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

SO ORDERED, this _13_ day of January, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE